No. 00–77.  LOUDON COUNTY ET AL. *v.* SOWARDS.  C. A. 6th Cir.  Certiorari denied.

No. 00–78.  LARA *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 00–79.  GODFREY *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 00–80.  DRAKE OIL TECHNOLOGY PARTNERS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Certiorari denied.

No. 00–81.  PANGBURN *v.* NORTHERN KENTUCKY UNIVERSITY.  C. A. 6th Cir.  Certiorari denied.

No. 00–82.  CHABAFY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–83.  CONTINI ET AL. *v.* SMITH.  C. A. 3d Cir.  Certiorari denied.

No. 00–84.  BURROUGHS, AS FATHER, NEXT FRIEND, AND GUARDIAN OF HIS MINOR CHILDREN, BURROUGHS ET AL. *v.* DOMESTIC VIOLENCE PROJECT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–85.  MANSON *v.* LITTLE ROCK NEWSPAPERS, INC., DBA ARKANSAS DEMOCRAT-GAZETTE.  C. A. 8th Cir.  Certiorari denied.

No. 00–87.  JACKSON *v.* LACHANCE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–88.  FOLEY *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 00–91.  BENNETT ET AL. *v.* BARNETT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–92.  HAWKINS *v.* PEPSICO, INC., DBA PEPSI-COLA NORTH AMERICA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–94.  PARIS, NATURAL FATHER OF PARIS, ET AL. *v.* IRON WORKERS TRUST FUND, LOCAL No. 5.  C. A. 4th Cir.  Certiorari denied.